

**Nicholas A. O'Kelly**
**nao@kilgorelaw.com**
**214-379-0827 direct**
**214-379-0848 fax**

October 14, 2021

*Via e-file*

Honorable Reed O'Connor
U.S. District Judge
501 West 10th Street, Room 201
Fort Worth, TX 76102-3673

    RE:  Case No. 4:21-cv-00402-O, Martinez v. Target Corporation

Dear Judge O'Connor,

    I am pleased to report that the Plaintiff executed the formal settlement agreement on Wednesday, October 13, 2021.

    These offices have sent the signed agreement to Defendant's counsel and are awaiting payment of the settlement funds, which are to be paid within 21 days for the parties' execution of the agreement.

    Plaintiff requests that the parties have until December 10, 2021 to submit a motion for dismissal of the case.

                              Sincerely,

                                Nicholas A. O'Kelly
                                Counsel for Plaintiff

cc:  Defendant's counsel via email and/or e-file notice
     Tiffany Cox (tiffany.cox@ogletree.com)
     Janet Smith (janet.smith@ogletree.com)