IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ARACELI MARTINEZ,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:21-cv-00402-O |
| | § | |
| **TARGET CORPORATION,** | § | |
| | § | |
| Defendant. | § | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Araceli Martinez and Defendant Target Corporation hereby stipulate to dismiss this lawsuit with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED AND AGREED TO BY:

 /s/ Nicholas A. O'Kelly (w/perm.)
NICHOLAS A. O'KELLY
State Bar No. 15241235
nao@kilgorelaw.com
KILGORE & KILGORE, PLLC
Kilgore Law Center
3109 Carlisle Street
Dallas, Texas 75204-2471
Telephone: 214.969.9099
Facsimile: 214.953.0133

**ATTORNEY FOR PLAINTIFF**

 /s/ Tiffany Cox Stacy
TIFFANY COX STACY
State Bar No. 24050734
tiffany.cox@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
Weston Centre
112 East Pecan Street, Suite 2700
San Antonio, Texas 78205
Telephone: 210.354.1300
Facsimile: 210.277.2702

JANET L. SMITH
State Bar No. 24089755
janet.smith@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK
  & STEWART, P.C.
Preston Commons West
8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: 214.987.3800
Facsimile: 214.987.3927

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 26th day of October, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

             */s/ Tiffany Cox Stacy*
             Tiffany Cox Stacy / Janet L. Smith

49058346.1
008808.000552